# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Tamika A. Devins | : | Case No: 25-55637 |
| Debtor(s) | : | Chapter 13 Judge: Mina Nami Khorrami |
| | : | 341 Hrg: 1/21/2026 |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Edward A. Bailey, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income __X__          Below median income_____

__X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

    __X__ Plan takes over 60 months to complete. **74 mos due to claims filed.**

    __X__ Other: **Provide a pay advice to verify garnishments have ceased.**

    **Per the purchase date of the 2011 Chevy, this debt was bought within 910 days; however, the plan is treating as an over-secured 506 debt.**

    __X__ **11 U.S.C. Section 1326 (a)(1)**-Debtor has failed to tender the full first plan payment within 30 days of the filing of the plan or the order for relief, whichever is earlier. **Need 1st pymt = $310**

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $310 mo**

**Best Interest Dividend: 0%**     **Dividend: 1%**

**Length: 74 Months**

Further, Trustee notes that:

    X    Debtor(s)' counsel to upload Wage Order.

Dated: January 22, 2026                              Respectfully submitted,

**/s/ Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

## CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: January 22, 2026          **/s/ Edward A. Bailey**
                                                    Edward A. Bailey (0068073)
                                                    Chapter 13 Trustee
                                                    550 Polaris Parkway, Suite 500
                                                    Westerville, OH 43082
                                                    Tel: (614)-436-6700
                                                    Fax: (614)-436-0190
                                                    Email: trustee@ch13.org